# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Yusuf A. Y., | Civ. No. 19-55 (MJD/BRT) |
| Petitioner, | |
| v. | **Order** |
| Secretary of Homeland Security, et al., | |
| Respondents. | |

Yusuf A. Y., *pro se* Petitioner.

Adam J. Hoskins, Assistant United States Attorney, counsel for Respondents.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated May 8, 2019. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated May 8, 2019 [Docket No. 14].

2. Petitioner's Petition for a Writ of Habeas Corpus [Docket No. 1] is **DISMISSED** without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  June 13, 2019             s/ Michael J. Davis
                                 MICHAEL J. DAVIS
                                 United States District Court Judge